IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION



FILED

MAY 29 2013

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 05-39-GF-SEH |
| | ) | CV 13-42-GF-SEH |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING MOTION |
| | ) | AND DENYING CERTIFICATE |
| ALFRED FRANCIS CHARETTE, | ) | OF APPEALABILITY |
| | ) | |
| Defendant/Movant. | ) | |

**ORDERED:**

Charette's "Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255"

(doc. 150) is DISMISSED for lack of jurisdiction as an uncertified successive motion,

a certificate of appealability is DENIED, and the Clerk of Court shall enter, by

separate document, a judgment of dismissal in the civil case. <u>See</u> Orders (docs. 135,

137, 140, 145, 149).

DATED this **29th** day of May, 2013.

*Sam G Haddon*

Sam E. Haddon
United States District Judge