

FILED

JUN 2 5 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 05-39-GF-SEH |
| | CV 13-52-GF-SEH |
| Plaintiff/Respondent, | |
| vs. | ORDER DISMISSING MOTION |
| | AND DENYING CERTIFICATE |
| ALFRED FRANCIS CHARETTE, | OF APPEALABILITY |
| Defendant/Movant. | |

Defendant/Movant Charette filed a document titled "Writ of Mandamus Rule 455" on June 24, 2013. Regardless of where Charette sends his mail, his criminal case in this Court is No. CR 05-39 and is venued in Great Falls.

**ORDERED:**

Charette's "Writ of Mandamus Rule 455" (doc. 152) is RECHARACTERIZED and DISMISSED for lack of jurisdiction as an uncertified successive motion, a certificate of appealability is DENIED, and the Clerk of Court shall enter, by separate document, a judgment of dismissal in the civil case. *See* Orders (docs. 135, 137, 140,

1

145, 149, 151).

DATED this 25th day of June, 2013.

*Sam E Haddon*
Sam E. Haddon
United States District Judge